| | |
|---|---|
| 1 | Roy A. Katriel (SBN 265463) |
| 2 | THE KATRIEL LAW FIRM |
|   | 4225 Executive Square, Suite 600 |
| 3 | La Jolla, California 92037 |
|   | Telephone: (858) 242-5642 |
| 4 | Facsimile:  (858) 430-3719 |
|   | e-mail: rak@katriellaw.com |
| 5 | |
| 6 | Ralph B. Kalfayan (SBN 133464) |
|   | Lynne M. Brennan (SBN 149131) |
| 7 | KRAUSE, KALFAYAN, BENINK & |
|   | SLAVENS, LLP |
| 8 | 550 West C Street, Suite 530 |
| 9 | San Diego, California 92101 |
|   | Telephone: (619) 232-0331 |
| 10 | Facsimile:  (619) 232-4019 |
|    | e-mail: ralph@kkbs-law.com |
| 11 |         lbrennan@kkbs-law.com |
| 12 | *Counsel for Plaintiff* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> ALLERGAN, INC., <br><br> Defendant. | CASE NO. 15-cv-00307-JLS (JCGx) <br><br> **STIPULATION RE: DEADLINES FOR MOTION TO DISMISS BRIEFING AND CIVIL L.R. 23-3 FILING DEADLINE FOR PLAINTIFF'S CLASS CERTIFICATION MOTION** <br><br> Judge: Hon. Josephine L. Staton <br> Courtroom: 10A <br> Complaint Served:  March 2, 2015 <br> Trial Date: N/A |

WHEREAS, on February 24, 2015, Plaintiff Adel Tawfilis d/b/a Carmel Valley Center for Oral and Maxillofacial Surgery ("Plaintiff") filed a Class Action Complaint against Defendant Allergan, Inc. ("Allergan") in this Court, alleging federal and state antitrust claims, as well as a count under California's Unfair Competition Law;

WHEREAS, the Class Action Complaint was served on Allergan on March 2, 2015;

WHEREAS, the current deadline for Allergan to respond to the Class Action Complaint is April 22, 2015; and Allergan intends to move to dismiss the Class Action Complaint;

WHEREAS, Allergan recently retained counsel of record who will be handling this matter (White & Case LLP);

WHEREAS, the parties have conferred through counsel of record and believe that a brief extension of the deadline for Allergan's response to the Class Action Complaint is necessary to allow the parties to brief the issues raised by the Class Action Complaint and to allow sufficient time for the parties meaningfully to confer pursuant to Civil L.R. 7-3 concerning Allergan's Motion to Dismiss;

WHEREAS, Civil Local Rule 23-3 provides that, "[w]ithin 90 days after service of a pleading purporting to commence a class action other than an action subject to the Private Securities Litigation Reform Act of 1995, P.L. 104-67, 15 U.S.C. § 77z-1 et seq., the proponent of the class shall file a motion for certification that the action is maintainable as a class action, unless otherwise ordered by the Court." Civil L.R. 23-3;

WHEREAS, the parties have conferred and both believe that it would not be productive or efficient to brief a class certification motion at this early juncture of the case where the pleadings have not closed;

NOW, the parties to the above-entitled action, by and through their undersigned counsel, therefore Stipulate and Agree, subject to Court approval, to

the following:

1. Allergan shall file its Motion to Dismiss on May 8, 2015. Plaintiff's Opposition shall be due 21 days later, on May 29, 2015. Allergan's Reply shall be due 14 days later, on June 12, 2015. The parties will request a hearing on Allergan's Motion to Dismiss to be set on June 26, 2015.

2. Plaintiff shall not be required to file a motion for class certification within the 90-day time period set forth in Civil Local Rule 23-3;

3. As part of their meet and confer obligations under Federal Rule of Civil Procedure 26(f), counsel for the parties will confer to propose, jointly if possible, a filing deadline for any class certification motion, and will make that proposal within their Joint Rule 26(f) Report.

IT IS SO STIPULATED, by the undersigned counsel.

Dated: April 8, 2015                   Respectfully submitted,

                                        THE KATRIEL LAW FIRM
                                          Roy A. Katriel

                                        KRAUSE, KALFAYAN, BENINK &
                                        SLAVENS, LLP
                                          Ralph B. Kalfayan
                                          Lynne M. Brennan


                                        By    /s/ Roy A. Katriel
                                          Roy A. Katriel
                                          Attorneys for Plaintiff
                                          ADEL TAWFILIS, DDS d/b/a
                                          CARMEL VALLEY CENTER FOR
                                          ORAL AND MAXILLOFACIAL
                                          SURGERY

| | | |
|---|---|---|
| 1 | Dated: April 8, 2015 | Respectfully submitted, |
| 2 | | WHITE & CASE LLP |
| | | J. Mark Gidley |
| 3 | | Jack E. Pace III |
| | | Bryan A. Merryman |
| 4 | | |
| 5 | | By    /s/ Bryan A. Merryman |
| 6 | | Bryan A. Merryman |
| | | Attorneys for Defendant |
| 7 | | ALLERGAN, INC. |

## SIGNATURE CERTIFICATION

Pursuant to Rule 5-4.3.4 (a)(2) of the United States District Court for the Central District of California Local Rules, I hereby certify that the content of this document is acceptable to Bryan A. Merryman, counsel for DEFENDANT ALLERGAN, INC., and that I have obtained Mr. Merryman's authorization to affix his electronic signature to this document.

Dated: April 8, 2015                    Respectfully submitted,

THE KATRIEL LAW FIRM
   Roy A. Katriel


By    /s/ Roy A. Katriel
Roy A. Katriel
Attorneys for Plaintiff
ADEL TAWFILIS, DDS d/b/a
CARMEL VALLEY CENTER FOR
ORAL AND MAXILLOFACIAL
SURGERY