NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>Defendant. | CASE NO. 8:15-cv-00307-JLS (JCGx)<br><br>**ORDER GRANTING STIPULATION RE: DEADLINES FOR MOTION TO DISMISS BRIEFING AND CIVIL L.R. 23-3 FILING DEADLINE FOR PLAINTIFF'S CLASS CERTIFICATION MOTION**<br><br>Judge: Hon. Josephine L. Staton<br>Courtroom: 10A<br>Complaint Served: March 2, 2015<br>Trial Date: N/A |

This matter came before the Court on the parties' Stipulation Re: Deadlines for Motion to Dismiss Briefing and Civil Local Rule 23-3 Filing Deadline For Plaintiff's Motion For Class Certification.  Upon consideration of the Stipulation and for good cause, the Court hereby **ORDERS** as follows:

1. Allergan's Motion to Dismiss shall be due on May 8, 2015.  Plaintiff Tawfilis's Opposition shall be due on May 29, 2015.  Allergan's Reply shall be due on June 12, 2015.  Allergan shall notice the Motion to Dismiss hearing for June 26, 2015**, or the earliest open hearing date**

1    **thereafter**.

2    2.  Plaintiff shall not be required to file a motion for class certification

3        within the 90-day time period set forth in Civil Local Rule 23-3;

4    3.  As part of their meet and confer obligations under Federal Rule of Civil

5        Procedure 26(f), counsel for the parties will confer to propose, jointly if

6        possible, a filing deadline for any class certification motion, and will

7        make that proposal within their Joint Rule 26(f) Report.

8

9    **IT IS SO ORDERED.**

10

11   Dated:  April 13, 2015

12

13   _____

14   Hon. Josephine L. Staton
     United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28