UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 8:15-cv-00307-JLS-JCG                                     Date: June 14, 2017
Title: Adel Tawfilis, et al. v. Allergan, Inc.

Present: **Honorable JOSEPHINE L. STATON, UNITED STATES DISTRICT JUDGE**

| Terry Guerrero | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:

Not Present                                                        Not Present

**PROCEEDINGS:**   **(IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE COURT'S CLASS CERTIFICATION ORDER SHOULD NOT BE UNSEALED IN PART (Doc. 251)**

     The Court hereby ORDERS the parties to show cause by Tuesday, June 20, 2017 why the Court's Order granting class certification (Doc. 251) should not be unsealed except as to the portions highlighted in yellow. Any response should indicate what, if any, additional portions of the Court's Order should remain under seal and provide compelling reasons for keeping the information under seal.

Initials of Preparer:   tg