1   BRYAN A. MERRYMAN (SBN 134357)
    bmerryman@whitecase.com
2   WHITE & CASE LLP
    555 S. Flower Street, Suite 2700
3   Los Angeles, CA 90071-2433
    Telephone: (213) 620-7700
4   Facsimile: (213) 452-2329

5   J. MARK GIDLEY (pro hac vice)
    mgidley@whitecase.com
6   WHITE & CASE LLP
    701 13th Street NW
7   Washington, DC 20005
    Telephone: (202) 626-3600
8   Facsimile: (202) 639-9355

9   JACK E. PACE III (pro hac vice)
    jpace@whitecase.com
10  WHITE & CASE LLP
    1221 Avenue of the Americas
11  New York, NY 10036
    Telephone: (212) 819-8200
12  Facsimile: (212) 354-8113

13  Attorneys for Defendant
14  ALLERGAN, INC.

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

17                  **SOUTHERN DIVISION**

18

19   ADEL TAWFILIS, DDS d/b/a          CASE NO. 8:15-cv-00307-JLS (JCGx)
     CARMEL VALLEY CENTER FOR
20   ORAL AND MAXILLOFACIAL          **DECLARATION OF MARK
     SURGERY, individually and on behalf   ROBBINS**
21   of all others similarly situated,

22              Plaintiff,           **Judge: Hon. Josephine L. Staton
                                     Courtroom: 10A**
23      v.

24   ALLERGAN, INC.,

25              Defendant.

26

27

28              REDACTED VERSION PROPOSED
                TO BE FILED UNDER SEAL

1.    My name is Mark Robbins, and I am the President and CEO of Kodiak Strategic Consultants ("Kodiak"), a pharmaceutical consulting firm.

2.    I am over eighteen years of age.  On the basis of my training and expertise, I have been retained by Allergan to comment on Plaintiffs' Motion for Summary Judgment in the above-captioned litigation.

3.    I received my Ph.D. in Pharmacology from the University of Minnesota Medical School in 1980.  In 1991, I received my J.D. from the St. Louis University School of Law.

4.    I have over thirty years of experience in the pharmaceutical and biotechnology industries.  Since 2011, I have been the President and CEO of Kodiak Strategic Consultants, and provide strategic clinical, regulatory and business development consultation to pharmaceutical and biotechnology companies, including several in the oncology and immuno-oncology space.  I serve as the Chief Operating Officer and Corporate Secretary for Bullet Biotechnology, a cancer immunotherapy development stage company.  I also serve as the President and CEO of Tansna Therapeutics, a research stage pharmaceutical company focused on the central nervous system (CNS), refractory epilepsy, and chronic pain.   I am the Vice President of Quality and Regulatory Affairs and Legal Counsel at Tapemark, a transdermal and oral thin-film drug delivery company.  I serve as the Head of Regulatory and Strategic Business Consultant for GigaGen, a biotechnology oncology and autoimmune development stage company.   I am a Board Member of Clipse Therapeutics, a start-up drug delivery company.  I consult on preclinical, clinical, and regulatory development for Certus International, a contract research organization (CRO) that specializes in human diagnostics medicine, including biotechnology diagnostic radiopharmaceuticals for the detection of breast and prostate cancer.  I consult on regulatory, clinical and legal matters for Hennepin Life Sciences, an infectious disease clinical research based company.

DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)

5.    I have negotiated over a dozen licenses for pharmaceutical patents and/or products, on behalf of both licensors and licensees, including several licenses for patents owned by universities.  I have provided strategic oversight for the development of therapeutics in numerous fields, including oncology, neurology, cardiology, and women's health.  I have led drug development programs that have resulted in NDA and BLA approvals and commercialization.  I also advise startups and venture capital firms on drug development.

6.    From 2011 to 2012, I served as a CEO in Residence in the Office of Technology and Commercialization at the University of Minnesota, during which time I co-founded Tychon Biosciences, an oncology biotechnology company.

7.    From 2006 to 2011, I served as Chief Scientific Officer and Executive Vice President of Legal, Scientific and Technical Operations at Upsher-Smith Laboratories, a global pharmaceutical company.  During that time, I led Upsher-Smith's FDA clinical and regulatory strategy and handled negotiations with the FDA, which resulted in NDA and ANDA approvals for several therapeutics.  From 1998 to 2006, I served as General Counsel and Vice President of Legal and Regulatory Affairs at Upsher-Smith, and provided strategic and direct oversight of the regulatory, clinical, quality, and legal groups.

**The Development Times for Neurotoxins to US Approval Can Be As Long as 11 to 18 Years (or to Failure)**

8.    Development timelines, commonly referred to as "Gantt charts," are instructional in providing a realistic timeline for approval of a neurotoxin.  During the course of my career, I have relied upon Gantt charts to assess the regulatory timeframe for drugs in development at the pharmaceutical companies for which I have worked and of which I have been an officer.  Beyond just relying upon such charts, I have also worked on and drafted Gantt charts and am intimately familiar with the considerations that go into them.  Moreover, I and my colleagues rely upon Gantt charts to assess corporate strategy and advise clients.

9.      Gantt charts play an important role in the pharmaceutical industry. Investors, boards of directors, competitors and other interested parties closely monitor Gantt charts and make decisions based on a company's adherence to projected milestone dates. ███████████████████████████████

████████████████████████████████████████████████████

████████████████

10.     Gantt charts from Allergan are attached as Exhibits 64 (a ██████████

████████████████████████) and Exhibit 65 ████████████

██████████████████████████████          Based on my experience and familiarity with Gantt charts and drug development, the ████████████

████████████████████████████████████████

█████████████████████████████████████████████████

████████████████████████████████████

██████████████████████████████

████████████████████████████████████

████████████████████████████████████████████

████████████████████

11.     The development of neurotoxins for cosmetic use takes years to develop—in many cases it can take over 10 years and as long as 18 years to obtain U.S. FDA approval—and is fraught with risk. For example, Johnson & Johnson purchased Mentor with the intent to develop its botulinum toxin that it intended to market under the brand name "PurTox." That product was under development for over 11 years, and ultimately was abandoned after Phase III clinical trials. Similarly, Dysport was approved in the United Kingdom in 1991, but did not receive U.S. FDA approval until 2009. *See* Exhibit 25.  That Dysport had previously obtained regulatory approval in the United Kingdom (and the E.U.) before entering the United States would serve only to accelerate Dysport's U.S. FDA approval because the standards for approval in the U.K. and E.U. are of a

similar level to those in the United States. Xeomin was launched commercially in Europe in 2005, but did not gain U.S. FDA approval until 2011. And Dysport NG, Galderma's next-generation botulinum toxin has been in development since 2011, ███████████████████████████████████████████████ ████████████████████ Similarly, Evolus (subsequently acquired by Alphaeon) partnered with Daewoong Pharmaceuticals on September 30, 2013, to manage clinical studies and obtain U.S. regulatory approval for EVOSYAL. Alphaeon has yet to obtain FDA approval for EVOSYAL. Instructively, Daewoong, which began development on EVOSYAL in 2009 (then known as NABOTA), chose not to take the biosimilar pathway for regulatory approval despite having a partnership with a cGMP-compliant drug substance manufacturer. *See* Exhibit 59. I have summarized these timelines in Appendices A.1 - A.7 and Appendix F to this Declaration, and have included the documents upon which I relied to create those timelines as Exhibits 22– 48, 52 and 60-63, 67, and 70 to this Declaration.

**The Cost of Neurotoxin Development or Biosimilar Development Can Easily Exceed $100 Million**

12.     Not only is drug development uncertain, it is also costly. Bringing a drug from development to FDA approval in the United States can cost hundreds of millions of dollars. Indeed, Phase III clinical trials alone can cost upwards of $100 million.

13.     One recent study of biosimilars—one of the pathways Plaintiffs urge here—estimates that biosimilar approval in the United States runs between $100 million and $250 million. *See* Exhibit 51.

14.     The MOTIE press release, dated January 7, 2014, announcing MOTIE's approval for the Allergan-Medytox License Agreement states that MT10109L product received "[g]overnment funding of KRW 4.6 billion from the MOTIE Original Technology Development Project [from] Oct. 2008 – Sept.

1  2013." Applying the average of the annual currency exchange rates from 2008 to

2  2010, Medytox received Korean government funding amounting to approximately

3  $800 thousand annually. *See* Appendix E. There is no factual support for

4  Plaintiffs' expert Dr. Max Talbott's contention that Medytox would have pursued a

5  biosimilar pathway, especially in light of these hurdles, and even less support that

6  it would have the very first firm to obtain approval of a biosimilar in the United

7  States. *See* Appendix B. Indeed, in my opinion, ████████████████████

8  ████████████████████████████████████████████████.

9  **Companies with Revenues in the Billions Have Been the Successful Firms in**

10 **Achieving US FDA Approval for Biosimilars**

11      15.    In order to take account of recent biosimilar approvals pursuant to the

12 Biosimilar Price Competition and Innovation Act ("BCPIA"), I have supplemented

13 Table 2 of my August 31 expert report to include the approvals for Cyltezo, and

14 Mvasi. I also added columns identifying the sponsors and marketers of the

15 biosimilar drugs. The revised table is attached as Appendix B to this Declaration.

16 The documents that support the summary table in Appendix B are attached as

17 Exhibits 1–21 to this Declaration.

18      16.    As Table 2 demonstrates, the only companies that have successfully

19 obtained U.S. FDA approval for biosimilars in the United States are large and well-

20 funded. Indeed, the only sponsors of biosimilar drugs that had revenues less than

21 $1 billion, Celltrion and Samsung Bioepsis, worked in partnerships with multi-

22 billion dollar companies—Pfizer and Merck, respectively.

23 **By Contrast, Medytox had only about $34M in Revenue in 2012 and Was**

24 **Spending Only $3 Million in Research & Development in 2012-2014.**

25      17.    The risks and costs of drug development has led to the prevalence of

26 out-licensing deals by small start-up development companies that do not have the

27 wherewithal, resources, or sufficiently diversified product lines to be able to take

28 on the risk of the cost of mid-to-late stage drug development and

DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)

1  commercialization.  Thus, having the option to conduct early-stage development of

2  a drug that can then be licensed to a major pharmaceutical company that has the

3  necessary resources, experience and risk-diversified portfolio not only increases

4  the value of the drug, but also increases the likelihood that the innovating company

5  will engage in such early-stage development.

6          18.     Therefore, it is not surprising that Medytox, a company that was

7  spending approximately $3 million per year on research and development of

8  MT10109L in 2012–2014, and that, in 2012 had annual revenues of approximately

9  $34 million, announced that it was seeking partnerships with larger pharmaceutical

10  companies in 2012. I have summarized Medytox's annual revenues from 2012 to

11  2013 in Appendix G to this Declaration, and have summarized Medytox's R&D

12  expenditures in relation to other drug developers in Appendices D.1-D.2 to this

13  Declaration. I have further summarized Medytox's Annual Research &

14  Development Expenses in Appendix D.3.  I have attached the documents I relied

15  upon to create the charts in Appendices D.1-D.2 as Exhibits 1-4, 6, 8-9, 11-13, 54-

16  58, and 68-69 to this Declaration. I have attached the documents I relied upon to

17  create the charts in Appendix D.3 as Exhibits 50, 68, and 69.  I have attached the

18  documents I relied upon to create the chart in Appendix G as Exhibit 50 (excerpts

19  from 2012 Medytox Annual Report), and Exhibit 68 (excerpts from 2013 Medytox

20  Annual Report).

21  **Exclusive Licenses Are the Key to the Expensive Development and**

22  **Commercialization of Neurotoxins in the United States**

23          19.     Although major pharmaceutical companies have a greater ability to

24  take on risk and costs, their resources are not unlimited, and they must be assured a

25  return on their investments in order to cover the costs of the development of

26  licensed and internal products that fail.  Thus, because drug development is so

27  costly, and because of the uncertainty of FDA approval, in order to be assured of a

28  return on its investment as best as possible, a licensor of a drug in mid-to-late stage

development would only purchase the rights to such IP if it were also granted exclusivity, should that drug be approved for sale. Indeed, the risk of not obtaining regulatory approval coupled with the cost of attaining such approval would otherwise eclipse any revenues that could be gained from in-licensing deals if the licensed products were licensed to multiple entities.  In other words, because of the risk of failure of drugs in development and the costs of attaining approval, a company that licenses and develops drugs for approval in the U.S. would spend more money developing drugs than it would receive in revenues from the drugs that ultimately obtain regulatory approval.  Thus, without exclusivity, license agreements would not be economically rational. In addition, the licensee typically shares trade secret and other confidential information with the licensor and the exclusive license arrangement is essential to assure the shared trade secret and other confidential information is protected.

**Exclusive Licenses Dominate the Ranks of Successful U.S. Neurotoxin Entrants**

20.     That exclusivity is essential to the attractiveness and profitability of a licensing agreement is evinced by the behavior of the market participants at issue in this case.  For example, Dysport is licensed to Galderma exclusively for cosmetic indications.  While Ipsen holds the exclusive right to commercialize Dysport in the U.S. for therapeutic conditions, it is my understanding that Plaintiffs here have alleged that the market is injectable neurotoxins for cosmetic use, and have excluded sales of neurotoxins for therapeutic use as substitutes.  Similarly, Daewoong granted an exclusive license to Evolus (a subsidiary of Alphaeon) to commercialize Evosyal in the United States.  I have summarized these licenses in Appendix C to this Declaration, and have provided the documents upon which I relied to create Appendix C as Exhibits 26 and 49 to this Declaration.

**Dr. Geigert's Proposed Approval Timeline Is Impossible**

21.     █████████████████████████████



DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)



DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)



DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)



1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28    28.    Attached as Exhibit 1 is a true and correct copy of an excerpt of page

DECLARATION OF MARK ROBBINS
CASE NO. 15-CV-00307-JLS (JCGx)

141 from the 2015 Novartis Annual Report, the full version of which is available at
https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2015-en.pdf, referenced in Appendices B and D of this Declaration.

29.    Attached as Exhibit 2 is a true and correct copy of an excerpt of pages 22 and 130 from the 2014 Novartis Annual Report, the full version of which is available at https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2014-en.pdf, referenced in Appendices B and D of this Declaration.

30.    Attached as Exhibit 3 is a true and correct copy of an excerpt of page 38 from the 2015 Amgen, Inc. Annual Report, the full version of which is available at http://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AMGN_2015.PDF, referenced in Appendices B and D of this Declaration.

31.    Attached as Exhibit 4 is a true and correct copy of an excerpt of page 22 of the 2016 Boehringer Ingelheim Pharmaceuticals, Inc. Annual Report, the full version of which is available at http://annualreport.boehringer-ingelheim.com/fileadmin/pdf/bi_annual_report_2016_en_ gesamt.pdf, referenced in Appendices B and D to this Declaration.

32.    Attached as Exhibit 5 is a true and correct copy of an instance of the OANDA currency exchange calculator, available at https://www.oanda.com/currency/average, referenced in Footnote 5 of Appendix B to this Declaration.

33.    Attached as Exhibit 6 is a true and correct copy of an excerpt of pages 5 and 57 of the 2014 Celltrion Annual Report, the full version of which is available at https://www.celltrion.com/en/ir/post/detail.do?seq=50, referenced in Appendices B and D to this Declaration.

34.    Attached as Exhibit 7 is a true and correct copy of an instance of the OANDA currency exchange calculator, available at https://www.oanda.com/currency/average, referenced in Footnote 7 of Appendix B

of this Declaration.

35.    Attached as Exhibit 8 is a true and correct copy of an excerpt of page 18 of the 2014 Pfizer Inc. Annual Report, the full version of which is available at https://s21.q4cdn.com/317678438/files/doc_financials/Annual/2014/Annual_Review_2014.pdf, referenced in Appendices B and D to this Declaration.

36.    Attached as Exhibit 9 is a true and correct copy of an excerpt of page 23 of the 2016 Samsung Biologics Co. Ltd. Annual Report, the full version of which is available at https://www.samsungbiologics.com/front/eng/investors/businessReport.do, referenced in Appendices B and D to this Declaration.

37.    Attached as Exhibit 10 is a true and correct copy of an instance of the OANDA currency exchange calculator, available at https://www.oanda.com/currency/average, referenced in Footnote 10 of Appendix B of this Declaration.

38.    Attached as Exhibit 11 is a true and correct copy of an excerpt of pages 46 and 58 of the 2016 Biogen Annual Report, the full version of which is available at http://investors.biogen.com/sites/biogen.investorhq.businesswire.com/files/doc_library/file/Biogen_Annual_Report_2016_on_Form_10K.pdf, referenced in Appendices B and D to this Declaration.

39.    Attached as Exhibit 12 is a true and correct copy of an excerpt of page 1 of the 2016 Merck Annual Report, the full version of which is available at http://investors.merck.com/financials/annual-reports-and-proxy/default.aspx, referenced in Appendices B and D to this Declaration.

40.    Attached as Exhibit 13 is a true and correct copy of an excerpt of pages 43 and 48 of the 2016 Amgen Annual Report, the full version of which is available at http://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_A

MGN_2015.PDF, referenced in Appendices B and D to this Declaration.

41.    Attached as Exhibit 14 is a true and correct copy of a Fierce Pharma article on the launch of Remicade by Samsung and Merck, available at http://www.fiercepharma.com/pharma/samsung-merck-launch-remicade-biosim-at-35-discount.

42.    Attached as Exhibit 15 is a true and correct copy of the Letter from FDA to Sandoz, Inc. re: BLA Approval, dated August 30, 2016, concerning the FDA's approval of Erelzi, referenced in Appendix B to this Declaration.

43.    Attached as Exhibit 16 is a true and correct copy of the Letter from FDA to Sandoz, Inc. re: BLA Approval, dated May 6, 2015, concerning the FDA's approval of Zarxio, referenced in Appendix B to this Declaration.

44.    Attached as Exhibit 17 is a true and correct copy of the Letter from FDA to Samsung Bioepsis Co., Ltd. re: BLA Approval, dated April 21, 2017, concerning the FDA's approval of Renflexis, referenced in Appendix B to this Declaration.

45.    Attached as Exhibit 18 is a true and correct copy of the Letter from FDA to Celltrion, Inc. re: BLA Approval, dated April 5, 2016, concerning the FDA's approval of Inflectra, referenced in Appendix B to this Declaration.

46.    Attached as Exhibit 19 is a true and correct copy of the Letter from FDA to Amgen, Inc. re: BLA Approval (September 23, 2016), concerning the FDA's approval of Amjevita, referenced in Appendix B to this Declaration.

47.    Attached as Exhibit 20 is a true and correct copy of the Letter from FDA to Amgen, Inc. re: BLA Approval (September 14, 2017), concerning the FDA's approval of Mvasi, referenced in Appendix B to this Declaration.

48.    Attached as Exhibit 21 is a true and correct copy of the Letter from FDA to Boehringer Ingelheim Pharmaceuticals, Inc. re: BLA Approval, dated August 25, 2017, concerning the FDA's approval of Cyltezo, referenced in Appendix B to this Declaration.

49.     Attached as Exhibit 22 is a true and correct copy of a study entitled "Safety and Efficacy Study of Dysport RU and Glabellar Lines" and submitted to ClinicalTrials.gov, last updated September 29, 2015, and available at https://clinicaltrials.gov/ct2/show/study/NCT01333397?view=results, referenced in Appendices A.1 - A.7 to this Declaration.

50.     Attached as Exhibit 23 is a true and correct copy of a Business Wire article entitled "Ipsen announces clinical results of Dysport® Next Generation (DNG) and its intent to file the first ready-to-use liquid toxin A in Europe and ROW," dated February 4, 2014, available at: http://www.businesswire.com/news/home/20140204006849/en/Ipsen-announces-clinical-results-Dysport%C2%AE-Generation-DNG, referenced in Appendices A.1 - A.7 to this Declaration.

51.     Attached as Exhibit 24 is a true and correct copy of a study entitled "Efficacy and Safety of Clostridium Botulinum Toxin Type A to Improve the Appearance of Moderate to Severe Glabellar Lines" and submitted to ClinicalTrials.gov, last updated November 10, 2015, and available at https://clinicaltrials.gov/ct2/show/NCT02353871, referenced in Appendices A.1 - A.7 to this Declaration.

52.     Attached as Exhibit 25 is a true and correct copy of *AbobotulinumtoxinA: A 25-Year History* by Gary D. Monheit, MD and Andy Pickett, PhD, appearing in Aesthetic Surgery Journal, 2017, Volume 37(s1).

53.     Attached as Exhibit 26 is a true and correct copy of an excerpt of the deposition of Galderma representative Per Lango, filed under seal, referenced in Appendices A and C to this Declaration.

54.     Attached as Exhibit 27 is a true and correct copy of an Ipsen Pharmaceuticals press release, dated April 30, 2009, and available at http://www.businesswire.com/news/home/20090429006691/en/Ipsen-Medicis-FDA-Approves-DysportTM-Therapeutic-Aesthetic.

55.     Attached as Exhibit 28 is a true and correct copy of a PR Newswire article, dated May 28, 2014, and available at http://www.prnewswire.com/news-releases/galderma-to-gain-rights-to-restylane-perlane-sculptra-and-dysport-in-the-united-states-and-canada-260949471.html, referenced in Appendices A.1 - A.7 to this Declaration.

56.     Attached as Exhibit 29 is a true and correct copy of an Ipsen Pharmaceuticals press release, dated Dec. 6, 2007, and available at https://www.drugs.com/nda/reloxin_071206.html, referenced in Appendices A.1 - A.7 to this Declaration.

57.     Attached as Exhibit 30 is a true and correct copy of an Ipsen and Medicis joint press release, dated April 30, 2009, and available at https://www.drugs.com/newdrugs/fda-approves-dysport-abobotulinumtoxina-cervical-dystonia-glabellar-lines-1336.html, referenced in Appendices A.1 - A.7 to this Declaration.

58.     Attached as Exhibit 31 is a true and correct copy of a Strathspey Crown press release, dated October 3, 2013, and available at https://www.strathspeycrown.com/assets/pdf/141281414002b2796ffb112d3b9f08b1cfacef8b67.pdf, referenced in Appendices A.1 - A.7 to this Declaration.

59.     Attached as Exhibit 32 is a true and correct copy of a FirstWorldPharma article, dated September 4, 2014, and available at https://www.firstwordpharma.com/node/1233458, referenced in Appendices A.1 - A.7 to this Declaration.

60.     Attached as Exhibit 33 is a true and correct copy of a study submitted to ClinicalTrials.gov entitled "Safety Study of DWP-450 (Botulinum Purified Neurotoxin, Type A) Injection to Treat Glabellar Lines (EV-004)," ClinicalTrials.gov, last updated March 21, 2014, and available at https://clinicaltrials.gov/ct2/show/NCT02184988?lead=evolus&rank=4, referenced in Appendices A.1 - A.7 to this Declaration.

61.     Attached as Exhibit 34 is a true and correct copy of a study submitted to ClinicalTrials.gov entitled "A Phase III Study to Demonstrate the Safety and Efficacy of DWP-450 to Treat Glabellar Lines - EV001," last updated March 21, 2017 and available at: https://clinicaltrials.gov/ct2/show/NCT02334436?lead=evolus&rank=2, referenced in Appendices A.1 - A.7 to this Declaration.

62.     Attached as Exhibit 35 is a true and correct copy of an Alphaeon press release, dated January 22, 2015, referenced in Appendices A.1 - A.7 to this Declaration.

63.     Attached as Exhibit 36 is a true and correct copy of a PR Newswire article, dated April 24, 2015, and available at http://www.prnewswire.com/news-releases/alphaeon-completes-enrollment-in-us-pivotal-trials-for-evolus-neuromodulator-300071676.html, referenced in Appendices A.1 - A.7 to this Declaration.

64.     Attached as Exhibit 37 is a true and correct copy of an Alphaeon press release, dated May 16, 2017, referenced in Appendices A.1 - A.7 to this declaration.

65.     Attached as Exhibit 38 is a true and correct copy of a FirstWorldPharma article, dated October 21, 2005, and available at: https://www.firstwordpharma.com/node/918694?tsid=17, referenced in Appendices A.1 - A.7 to this Declaration.

66.     Attached as Exhibit 39 is a true and correct copy of a FirstWorldPharma article, dated November 18th, 2009, and available at: https://www.firstwordpharma.com/node/418930?tsid=17, referenced in Appendices A.1 - A.7 to this Declaration.

67.     Attached as Exhibit 40 is a true and correct copy of a clinical study submitted to ClinicalTrials.gov, last updated on July 19, 2013, and available at: https://clinicaltrials.gov/ct2/show/NCT00407030, referenced in Appendices A.1 -

A.7 to this Declaration.

68.     Attached as Exhibit 41 is a true and correct copy of a Merz press release, dated February 19, 2010, and available at https://www.sec.gov/Archives/edgar/data/1282393/000119312510035229/dex99a18.htm, referenced in Appendices A.1 - A.7 to this Declaration.

69.     Attached as Exhibit 42 is a true and correct copy of a Biospace article, dated January 4, 2010, and available at: http://www.biospace.com/News/merz-pharma-group-to-acquire-bioform-medical-inc/166582, referenced in Appendices A.1 - A.7 to this Declaration.

70.     Attached as Exhibit 43 is a true and correct copy of an FDA Approval Letter to Merz, Inc. re: BLA Approval , dated July 30, 2010, concerning the FDA's approval of Xeomin, referenced in Appendices A.1 - A.7 to this Declaration.

71.     Attached as Exhibit 44 is a true and correct copy of a Biospace article, dated July 21, 2011, available at http://www.biospace.com/News/merz-aesthetics-formerly-known-as-bioform-medical/227589, referenced in Appendices A.1 - A.7 to this Declaration.

72.     Attached as Exhibit 45 is a true and correct copy of a WTN News article, dated December 15, 2003, available at http://wtnnews.com/articles/434/, referenced in Appendices A.1 - A.7 to this Declaration.

73.     Attached as Exhibit 46 is a true and correct copy of a Mentor Corp. press release, dated July 3, 2011, available at http://www.businesswire.com/news/home/20070703005160/en/Mentor-Announces-Initial-Patient-Injections-Phase-III, referenced in Appendices A.1 - A.7 to this Declaration.

74.     Attached as Exhibit 47 is a true and correct copy of a Johnson & Johnson press release, dated January 23, 2009, available at http://www.investor.jnj.com/releasedetail.cfm?releaseid=361253, and referenced in Appendices A.1 - A.7 of this Declaration.

75.     Attached as Exhibit 48 is a true and correct copy of a Wall Street Journal article, dated April 11, 2014, and available at https://www.wsj.com/articles/johnson-johnson-ending-plans-for-botox-rival-1397243002, referenced in Appendices A.1 - A.7 of this Declaration.

76.     Attached as Exhibit 49 is a true and correct copy of an Ipsen Pharmaceuticals press release, dated June 1, 2016, and available at https://www.ipsen.com/media/press-relases/ipsen-and-galderma-expand-current-distribution-agreement-for-dysport-in-aesthetic-indications-to-some-key-asia-pacific-territories/, referenced in Appendix C to this Declaration.

77.     Attached as Exhibit 50 is a true and correct copy of a translation of Medytox's 2012 Annual Report, translated by Transperfect.

78.     Attached as Exhibit 51 is a true and correct copy of the article *The Economics of Biosimilars*: Blackstone, Erwin A., and P. Fuhr Joseph. "The Economics of Biosimilars." *American Health & Drug Benefits* 6.8 (2013): 469–478.

79.     Attached as Exhibit 52 is a true and correct copy of an Ipsen Pharmaceuticals press release, dated July 16, 2015, and available at http://www.businesswire.com/news/home/20150716006423/en/Ipsen-Biopharmaceuticals-Announces-FDA-Approval-Dysport%C2%AE-abobotulinumtoxinA, referenced in Appendices A.1 - A.7 to this Declaration.

80.     Attached as Exhibit 53 is a true and correct copy of an excerpt of page 30 of the 2009 Annual Report of Johnson & Johnson, the full version of which is available at https://www.sec.gov/Archives/edgar/data/200406/000095012310019392/y80744ex v13.htm#105, referenced in Appendices D.1-D.3 to this Declaration.

81.     Attached as Exhibit 54 is a true and correct copy of Ipsen's 2011 Results and 2012 Objectives report, available at https://www.ipsen.com/websites/IPSENCOM-PROD/wp-

content/uploads/2012/02/08092849/PR-FY2011-Results-EN-FINAL.pdf, referenced in Appendices D.1-D.3 to this Declaration.

82.     Attached as Exhibit 55 is a true and correct copy of an excerpt of page 39 of Medicis' 2007 Annual Report, the full version of which is available at https://www.sec.gov/Archives/edgar/data/859368/000095015308000424/p75054e10vk.htm#008, referenced in Appendices D.1-D.3 to this declaration.

83.     Attached as Exhibit 56 is a true and correct copy of an excerpt of page 54 of Ipsen's 2007 Annual Report, the full version of which is available at https://www.ipsen.com/websites/IPSENCOM-PROD/wp-content/uploads/2016/06/29120925/Ipsen_AR_2007_EN.pdf, referenced in Appendices D.1-D.3 to this declaration.

84.     Attached as Exhibit 57 is a true and correct copy of Merz's Facts and Figures from 2007, available at https://web.archive.org/web/20080305183548/http://www.merz.com:80/company/facts_and_figures/, referenced in Appendices D.1-D.3 to this Declaration.

85.     Attached as Exhibit 58 is a true and correct copy of an excerpt of page 66 of the 2013 Annual Report of Revance Therapeutics, available at https://www.sec.gov/Archives/edgar/data/1479290/000119312514121793/d662955d10k.htm, referenced in Appendices D.1-D.3 to this Declaration.

86.     Attached as Exhibit 59 is a true and correct copy of a Korea Biomed article, dated April 27, 2017, available at http://www.koreabiomed.com/news/articleView.html?idxno=514.

87.     Attached as Exhibit 60 is a true and correct copy of excerpts of the deposition of Merz representative James Hartmann, to be filed under seal, referenced in Appendices A.1 - A.7 to this Declaration.

88.     Attached as Exhibit  61 is a true and correct copy of an internal Merz presentation entitled █████████████████████ with BATES number Merz1069, to be filed under seal, referenced in Appendices

A.1 - A.7 to this Declaration.

89.     Attached as Exhibit 62 is a true and correct copy of *Efficacy and Tolerability of a Botulinum Toxin Type A Free of Complexing Proteins (NT 201) Compared with Commercially Available Botulinum Toxin Type A (BOTOX) in Healthy Volunteers*, by Wolfgang H. Jost et al, appearing in the Journal of Neural Transmission, 2005, Volume 112, referenced in Appendices A.1 - A.7 to this Declaration.

90.     Attached as Exhibit 63 is a true and correct copy of an Article 29 referral for Xeomin to the European Medicines Agency, available at http://www.ema.europa.eu/docs/en_GB/document_library/Referrals_document/Xeomin_29/WC500008796.pdf, referenced in Appendices A.1 - A.7 to this Declaration.

91.     Attached as Exhibit 64 is a true and correct copy of an internal Allergan presentation containing a █████████████████████████ ████████████ dated May 2015, and bearing BATES number AGN-00120696.

92.     Attached as Exhibit 65 is a true and correct copy of an excerpt from the License Agreement, namely, ████████████████████████████ █████████████████████ bearing BATES number AGN-00000124.

93.     Attached as Exhibit 66 is a true and correct copy of an Ipsen press release, dated March 20, 2006, available at https://www.sec.gov/Archives/edgar/data/859368/000095015306000792/p72061exv99w1.htm, referenced in Appendices A.1 - A.7 of this Declaration.

94.     Attached as Exhibit 67 is a true and correct copy of a translation of a MOTIE press release, translated by Transperfect, and for which a certification is enclosed, dated January 7, 2014, referenced in Appendix E to this Declaration.

95.     Attached as Exhibit 68 is a true and correct copy of a translation of an excerpt of Medytox's 2013 Annual Report, translated by Transperfect, and for

1   which a certification is enclosed, referenced in Appendix G to this Declaration.

2       96.   Attached as Exhibit 69 is a true and correct copy of a translation of an

3   excerpt of Medytox's 2014 Annual Report, translated by Transperfect, and for

4   which a certification is enclosed, referenced in Appendix G to this Declaration.

5       97.   Attached as Exhibit 70 is a true and correct copy of an Evaluate press

6   release, dated April 16, 2014, available at

7   http://www.evaluategroup.com/Universal/View.aspx?type=Story&id=518270,

8   referenced in Appendices A.1 - A.7 to this Declaration.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1      I hereby declare under penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct and that this Declaration was

3  executed in __Minneapolis, MN__   on September __28__, 2017.

4

5                                  MARK ROBBINS, J.D., Ph.D

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Robbins Declaration Appendices A-G

## APPENDIX A.1

# Timeline of Ipsen's Dysport NG Development in the U.S.



Ipsen initiates Phase II study on Dysport NG[1]

Ipsen announces results of Phase II and International Phase III studies on Dysport NG[2]

Ipsen initiates Phase III aesthetic trials for the treatment of glabellar lines on Dysport NG[3]

2011    2014    2015

---

[1] "Safety and Efficacy Study of Dysport RU and Glabellar Lines," ClinicalTrials.gov, September 29, 2015, *available at:* https://clinicaltrials.gov/ct2/show/study/NCT01333397?view=results.

[2] "Ipsen announces clinical results of Dysport® Next Generation (DNG) and its intent to file the first ready-to-use liquid toxin A in Europe and ROW," Business Wire, February 5, 2014, *available at:* http://www.businesswire.com/news/home/20140204006849/en/Ipsen-announces-clinical-results-Dysport%C2%AE-Generation-DNG.

[3] "Efficacy and Safety of Clostridium Botulinum Toxin Type A to Improve the Appearance of Moderate to Severe Glabellar Lines", ClinicalTrials.gov, November 10, 2015, *available at:* https://clinicaltrials.gov/ct2/show/NCT02353871; Gary D. Monheit, M.D., and Andy Picket, Ph.D, *Abobotulinumtoxin A: A 25-Year History*, 37 AESTHET. SURG. J., (Suppl 1) S4-11 (2017), *available at:* https://www.ncbi.nlm.nih.gov/pmc/articles/PMC5434488/.

[4] Per Lango (Galderma) Tr. 49:6-12.

## APPENDIX A.2

# Timeline for Ipsen's Dysport Approval in the United States



Dysport registered in the United Kingdom[1]

Dysport first used in patient care in the United Kingdom[2]

Ipsen licenses Dysport to Medicis[3]

Ipsen and Medicis submit to the FDA for aesthetic use[4]

Dysport approved by the FDA for treatment of moderate to severe glabellar lines[5]

1990    1991    2006    2007    2009

[1] "Ipsen Biopharmaceuticals, Inc. Announces FDA Approval of Dysport® (abobotulinumtoxinA) for Injection in the Treatment of Upper Limb Spasticity in Adults in the United States," Ipsen Pharmaceuticals, Inc. press release, July 16, 2015, *available at:* http://www.businesswire.com/news/home/20150716006423/en/Ipsen-Biopharmaceuticals-Announces-FDA-Approval-Dysport%C2%AE-abobotulinumtoxinA.

[2] "Ipsen and Medicis: FDA Approves DysportTM for Therapeutic and Aesthetic Uses," Ipsen press release, Apr. 30, 2009, *available at:* http://www.businesswire.com/news/home/20090429006691/en/Ipsen-Medicis-FDA-Approves-DysportTM-Therapeutic-Aesthetic; "Galderma to gain rights to Restylane, Perlane, Sculptra and Dysport in the United States and Canada," PR NewsWire, May 28, 2014, *available at:* http://www.prnewswire.com/news-releases/galderma-to-gain-rights-to-restylane-perlane-sculptra-and-dysport-in-the-united-states-and-canada-260949471.html.

[3] "Reloxin® Agreement Between Ipsen and Medicis Becomes Effective," Security Exchange Commission, Mar. 20, 2006, *available at:* https://www.sec.gov/Archives/edgar/data/859368/000095015306000792/p72061exv99w1.htm.

[4] "Ipsen and Medicis Announce Submission of Reloxin in Aesthetics to the FDA," Ipsen press release, Dec. 6, 2007, *available at:* https://www.drugs.com/nda/reloxin_071206.html.

[5] "FDA Approves Dysport," Ipsen and Medicis joint press release, Apr. 30, 2009, *available at:* https://www.drugs.com/newdrugs/fda-approves-dysport-abobotulinumtoxina-cervical-dystonia-glabellar-lines-1336.html.

# APPENDIX A.3

# Timeline of Alphaeon-Daewoong's EVOSYAL Devlopment in the U.S.



[1] "Daewoong Pharmaceutical Announced its Vision for 'NABOTA' Sweeping the Global Botulinum Toxin Market," Evaluate press release, April 16, 2014, *available at*: http://www.evaluategroup.com/Universal/View.aspx?type=Story&id=518270 (describing the "5-year research efforts of Daewoong Pharmaceutical," culminating in a botulinum toxin formulation sold domestically in Korea as NABOTA).

[2] "Strathspey Crown Acquires Evolus, Inc.," Strathspey Crown press release, October 3, 2013, *available at:* https://www.strathspeycrown.com/assets/pdf/141281414002b2796ffb112d3b9f08b1cfacef8b67.pdf.   Daewoong Pharmaceuticals licensed EVOSYAL to Evolus, Inc. on September 30, 2013.  *Id.*  The parent company of Alphaeon acquired Evolus on October 3, 2013. *Id.*

[3] "FDA Accepts Investigational New Drug Application For ALPHAEON's Neurotoxin EVOSYAL," FirstWorldPharma, September 4, 2014, *available at:* https://www.firstwordpharma.com/node/1233458; "Safety Study of DWP-450 (Botulinum Purified Neurotoxin, Type A) Injection to Treat Glabellar Lines (EV-004)," ClinicalTrials.gov, March 21, 2017, *available at:* https://clinicaltrials.gov/ct2/show/NCT02184988?lead=evolus&rank=4.

[4] "A Phase III Study to Demonstrate the Safety and Efficacy of DWP-450 to Treat Glabellar Lines - EV001," *available at:* https://clinicaltrials.gov/ct2/show/NCT02334436?lead=evolus&rank=2; "Alphaeon Begins Phase III Study for its Neurotoxin," Alphaeon Press Release, January 22, 2015.

[5] "ALPHAEON Completes Enrollment In US Pivotal Trials For EVOLUS Neuromodulator," PR Newswire, April 24, 2015, *available at*: http://www.prnewswire.com/news-releases/alphaeon-completes-enrollment-in-us-pivotal-trials-for-evolus-neuromodulator-300071676.html.

[6] "A Phase III Study to Demonstrate the Safety and Efficacy of DWP-450 to Treat Glabellar Lines - EV001," *available at*: https://clinicaltrials.gov/ct2/show/NCT02334436?lead=evolus&rank=2

[7] "ALPHAEON Submits Biologics License Application for DWP-450 Neuromodulator BLA Submitted within Three Years of First Patient Enrollment," May 16, 2017, Alphaeon, *available at*: http://s3-us-west-2.amazonaws.com/alphaeon-fad/files/1494898533437cd089fa7038b7e80daae00d70d081.pdf.

## APPENDIX A.4

# Timeline of Merz's Xeomin Approval in the U.S.



Merz begins Phase I clinical studies[1]

Xeomin launched commercially outside the United States[2]

Merz initiates Phase III clinical study on Xeomin as a treatment for cervical dystonia[3]

Merz acquires BioForm Medical, Inc. to form Merz Aesthetics[4]

Merz Aesthetics obtains FDA approval for Xeomin as a treatment for cervical dystonia[5]

Merz Aesthetics obtains FDA approval for Xeomin as a treatment for glabellar lines[6]

Pre-2000          2005          Jul. 2006          Feb. 2010          Jul. 2010          Jul. 2011

[1] Wolfgang H. Jost et al., *Efficacy and Tolerability of a Botulinum Toxin Type A Free of Complexing Proteins (NT 201) Compared with Commercially Available Botulinum Toxin Type A(BOTOX) in Healthy Volunteers*, 112 J. Neural Transmission 905 (2005), *available at* https://doi.org/10.1007/s00702-004-0234-8; European Medicines Agency, Xeomin – Article 29 referral – Annex II *available at* http://www.ema.europa.eu/docs/en_GB/document_library/Referrals_document/Xeomin_29/WC500008796.pdf (citing the Jost 2004 study as the first clinical study for Xeomin).

[2] "Merz research Shows Long-term Benefits for Patients With Dystonia," FirstWordPharma, October 21, 2011, *available at:* https://www.firstwordpharma.com/node/918694?tsid=17; "Extension application for Xeomin for the new indication spasticity was approved in various European countries," FirstWordPharma, November 18, 2009, *available at:* https://www.firstwordpharma.com/node/418930?tsid=17.

[3] "IncobotulinumtoxinA (Xeomin) Versus Placebo in the Treatment of Cervical Dystonia," ClinicalTrials.gov, July 19, 2013, *available at:* https://clinicaltrials.gov/ct2/show/NCT00407030.

[4] "Merz to Complete Acquisition of Bioform Medical," Merz press release, February19, 2010, *available at:* https://www.sec.gov/Archives/edgar/data/1282393/000119312510035229/dex99a18.htm; "Merz Pharma Group to Acquire BioForm Medical for US $253 Million," Biospace, January 4, 2010, *available at:* http://www.biospace.com/News/merz-pharma-group-to-acquire-bioform-medical-inc/166582.

[5] Dep't of Health and Human Serv., BLA Approval Letter for Xeomin Injection, July 30, 2010, *available at:* https://www.accessdata.fda.gov/drugsatfda_docs/nda/2010/125360s000Approv.pdf.

[6] "Merz Aesthetics (Formerly Known as BioForm Medical, Inc.) Announces FDA Approval of XEOMIN(R) (incobotulinumtoxinA) for the Temporary Improvement in the Appearance of Moderate to Severe Glabellar Lines in Adult Patients," Biospace, July 21, 2011, *available at:* http://www.biospace.com/News/merz-aesthetics-formerly-known-as-bioform-medical/227589.

## APPENDIX A.5

# Timeline of Johnson & Johnson's PurTox Development in the U.S.



Mentor Corporation licenses proprietary botulinum toxin technology[1]

Mentor Corporation announces Phase III studies on PurTox[2]

Johnson & Johnson acquires Mentor Corporation[3]

Johnson & Johnson abandons PurTox development[4]

2003     2007     2009     2014

---

[1] "Mentor Licenses Botulinum From WARF and Plans Wisconsin Manufacturing Facility," WTN News, December 15, 2003, *available at:* http://wtnnews.com/articles/434/.

[2] "Mentor Announces Initial Patient Injections in Phase III Study for PurTox® Botulinum Toxin Type A," Mentor Corporation press release, July 3, 2007, http://www.businesswire.com/news/home/20070703005160/en/Mentor-Announces-Initial-Patient-Injections-Phase-III.

[3] "Johnson & Johnson Completes Acquisition of Mentor Corporation," Johnson & Johnson press release, January 23, 2009, http://www.investor.jnj.com/releasedetail.cfm?releaseid=361253.

[4] "Johnson & Johnson Ending Plans for Botox Rival," Wall Street Journal, April 11, 2014, https://www.wsj.com/articles/johnson-johnson-ending-plans-for-botox-rival-1397243002.

## APPENDIX A.6

# Projected Timeline of Merz's BoNT-Long Approval in the U.S.



[1] Hartman Dep. Ex. 14 at Merz1083 (Merz "BoNT extend Project Application" Presentation, June 21, 2016).

[2] Hartman Dep. Ex. 14 at Merz1083.

[3] Hartman Dep. Ex. 14 at Merz1083.

[4] Hartman Dep. Ex. 14 at Merz1083.

[5] Hartman Dep. Ex. 14 at Merz1083.

[6] Hartman Dep. Ex. 14 at Merz1083.

[7] Hartman Dep. Ex. 14 at Merz1083.

[8] Hartman Dep. Ex. 14 at Merz1083.

[9] Hartman Dep. Ex. 14 at Merz1083.

## APPENDIX A.7

# <u>Projected Timeline of Merz's BoNT-Extend Approval in the U.S.</u>



[1] Hartman Tr. 95:12-14; Hartman Dep. Ex. 14 at Merz1081 (Merz "BoNT extend Project Application" Presentation, June 21, 2016).

[2] Hartman Tr. 95:20-23; Hartman Dep. Ex. 14 at Merz1081.

[3] Hartman Tr. 95:20-23; Hartman Dep. Ex. 14 at Merz1081.

[4] Hartman Tr. 95:24-96:1; Hartman Dep. Ex. 14 at Merz1081.

[5] Hartman Tr. 96:5-10; Hartman Dep. Ex. 14 at Merz1081.

[6] Hartman Tr. 96:11-14; Hartman Dep. Ex. 14 at Merz1081.

[7] Hartman Tr. 96:15-17; Hartman Dep. Ex. 14 at Merz1081.

[8] Hartman Tr. 97:1-4; Hartman Dep. Ex. 14 at Merz1081.

[9] Hartman Tr. 97:5-8; Hartman Dep. Ex. 14 at Merz1081.

# APPENDIX B
## Table 2 to Expert Report of Mark Robbins
### *Tawfilis, et al. v. Allergan, Inc.* (15-cv-307)
### Biosimilar Drug Approvals – Updated[i]

| Brand Drug | Biosimilar Drug | Biosimilar Company | Revenues of Biosimilar Company at Submission | Date of 351(k) Submission | Date of FDA Approval |
|---|---|---|---|---|---|
| **Enbrel (Amgen)** Generic name: etanercept | **Erelzi** Injection 25 mg/0.5 mL and 50 mg/mL. Generic name: etanercept-szzs | **Novartis (Sandoz)** | $49.4 billion[1] | July 30, 2015 | August 30, 2016 |
| **Neupogen (Amgen)** Generic: filgrastim | **Zarxio** Generic name: filgrastim-sndz | **Novartis (Sandoz)** | $57.9 billion[2] | May 8, 2014 | May 6, 2015 |
| **Humira (AbbVie)** Generic: adalimumab | **Amjevita** Injection, 20 mg/0.4 mL and 40 mg/0.8 mL. Generic name: adalimumab-atto | **Amgen** | $21.7 billion[3] | November 25, 2015 | September 23, 2016 |
| | **Cyltezo** Injection, 40 mg/0.8 mL Generic name: adalimumab-adbm | **Boehringer Ingelheim** | €15.9 billion[4] $17.6 billion [5] | October 27, 2016 | August 25, 2017 |
| **Remicade (Janssen - J&J)** Generic: infliximab | **Inflectra** for injection, 100 mg per vial. Generic name: infliximab-dyyb | **Celltrion** **Pfizer** | ₩471 billion[6] $446 million[7] $49.6 billion[8] | August 8, 2014 | April 5, 2016 |
| | **Renflexis** for Injection, 100 mg Generic name: infliximab-abda | **Samsung Bioepsis** (JV of **Samsung Biologics** and **Biogen**) **Merck** | ₩294.6 billion[9] $253 million[10] $11.4 billion[11] $39.8 billion[12] | March 21, 2016 | April 21, 2017 |
| **Avastin (Roche)** | **Mvasi** for Injection, 100 mg/4 mL and 400 mg/16 mL Generic name: bevacizumab-awwb | **Amgen** | $23 billion[13] | November 14, 2016 | September 14, 2017 |

[i] Table 2 Updated as of September 27, 2017.  Sources:  Letter from FDA to Sandoz, Inc. re: BLA Approval (August 30, 2016); Letter from FDA to Sandoz, Inc. re: BLA Approval (March 6, 2015); Letter from FDA to Samsung Bioepsis Co., Ltd. re: BLA Approval; Letter from FDA to Celltrion, Inc. re: BLA Approval (April 5, 2016); Letter from FDA to Samsung Bioepsis Co., Ltd. re: BLA Approval (April 21, 2017); Letter from FDA to Amgen, Inc. re: BLA Approval (September 23, 2016); Letter from FDA to Amgen, Inc. re: BLA Approval (September 14, 2017); Letter from FDA to Boehringer Ingelheim Pharmaceuticals, Inc. re: BLA Approval (August 25, 2017).

[1] Novartis 2015 Annual report at p. 141, https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2015-en.pdf.

[2] Novartis 2014 Annual Report at p. 22, https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2014-en.pdf.

[3] Amgen, Inc. 2015 Annual Report at p. 38, http://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AMGN_2015.PDF.

[4] Boehringer Ingelheim Pharmaceuticals, Inc. 2016 Annual Report at p. 22, http://annualreport.boehringer-ingelheim.com/fileadmin/pdf/bi_annual_report_2016_en_gesamt.pdf.

[5] https://www.oanda.com/currency/average

[6] Celltrion 2014 Annual Report at p. 5, https://www.celltrion.com/en/ir/post/detail.do?seq=50.

[7] https://www.oanda.com/currency/average

[8] Pfizer Inc. 2014 Annual Report at p. 18, https://s21.q4cdn.com/317678438/files/doc_financials/Annual/2014/Annual_Review_2014.pdf.

[9] Samsung Biologics Co. Ltd. 2016 Annual Report at p. 23, (Samsung Bioepsis annual revenue not available) https://www.samsungbiologics.com/front/eng/investors/businessReport.do.

[10] https://www.oanda.com/currency/average

[11] Biogen 2016 Annual Report at p. 46, http://investors.biogen.com/sites/biogen.investorhq.businesswire.com/files/doc_library/file/Biogen_Annual_Report_2016_on_Form_10K.pdf.

[12] Merck 2016 Annual Report at p. 1, http://investors.merck.com/financials/annual-reports-and-proxy/default.aspx; http://www.fiercepharma.com/pharma/samsung-merck-launch-remicade-biosim-at-35-discount.

[13] Amgen, Inc. 2016 Annual Report at p. 43, http://investors.amgen.com/phoenix.zhtml?c=61656&p=irol-reportsannual.

# APPENDIX C
## Exclusive Licenses of Neurotoxins

| Licensor | Licensee | Product Licensed | Date of License | Geography of License |
|----------|----------|------------------|-----------------|----------------------|
| ████████ | ██████████ | ██████████ | ████ | ████████████ |
| Ipsen | Galderma | Dysport (Aesthetic) | 2014 | U.S. and Canada[2] |
| Daewoong | Evolus (acquired by ALPHAEON) | EVOSYAL | 2013 | U.S. and other non-Korean markets[3] |

---

[1]  Per Lango Tr. 93:21-95:20.

[2]  "Ipsen and Galderma expand current distribution agreement for Dysport® in aesthetic indications to some key Asia-Pacific territories," Ipsen, June 1, 2016, *available at:* https://www.ipsen.com/media/press-relases/ipsen-and-galderma-expand-current-distribution-agreement-for-dysport-in-aesthetic-indications-to-some-key-asia-pacific-territories/.

[3]  "FDA Accepts Investigational New Drug Application For ALPHAEON's Neurotoxin EVOSYAL," FirstWorldPharma, September 4, 2014, *available at:* https://www.firstwordpharma.com/node/1233458.

# APPENDIX D.1
## R&D Spend Comparisons to Medytox: Neurotoxin Manufacturers

|  | J&J (Purtox- 2009) | Ipsen (Dysport NG-2011) | Medicis + Ipsen (Dysport- 2007) | Merz (Xeomin – 2007) | Revance (RT001/RT002- 2011) | Medytox (MT10109- 2012) |
|---|---|---|---|---|---|---|
| **R&D Expenditure** | $4.591[1] billion | $305 million[2] | $293 million[3] | $79 million[4] | $23 million[5] | $3.1 million[6] |
| **Size of expenditure relative to Medytox** | **1,530x** Medytox R&D Spend | **101x** Medytox R&D Spend | **98x** Medytox R&D Spend | **26x** Medytox R&D Spend | **7.6x** Medytox R&D Spend | N/A |

[1] Johnson & Johnson 2009 Annual Report, p. 30, available at:https://www.sec.gov/Archives/edgar/data/200406/000095012310019392/y80744exv13.htm#105.

[2] Ipsen's 2011 Results and 2012 Objectives, pp. 1, available at: https://www.ipsen.com/websites/IPSENCOM-PROD/wp-content/uploads/2012/02/08092849/PR-FY2011-Results-EN-FINAL.pdf.

[3] Medicis 2007 Annual Report, p. 39, available at: https://www.sec.gov/Archives/edgar/data/859368/000095015308000424/p75054e10vk.htm#008; Ipsen 2007 Annual Report, p. 54, available at https://www.ipsen.com/websites/IPSENCOM-PROD/wp-content/uploads/2016/06/29120925/Ipsen_AR_2007_EN.pdf.

[4] Merz Facts & Figures - 2007, available at: https://web.archive.org/web/20080305183548/http://www.merz.com:80/company/facts_and_figures/

[5] Revance Therapeutics 2013 Annual Report, p. 66, available at: https://www.sec.gov/Archives/edgar/data/1479290/000119312514121793/d662955d10k.htm

[6] Medytox 2012 Annual Report-December 6, 2012, pp. 6, 44.

# APPENDIX D.2
## R& D Spend Comparisons to Medytox: Biosimilar Manufacturers

| | Novartis (Erelzi-2015) | Novartis (Sandoz-2015) | Amgen (Amjevita-2015) | Celltrion + Pfizer (Inflectra-2014) | Samsung Biologics + Biogen + Merck (Renflexis-2016) | Amgen (Mvasi-2016) | Boehringer Ingelheim (Cyltezo-2016) | Medytox (MT0109-2012) |
|---|---|---|---|---|---|---|---|---|
| **R&D Expenditure** | $8.935 billion[1] | $7.331 billion[2] | $4.07 billion[3] | $8.456 billion[4] | $12.20 billion[5] | $3.84 billion[6] | $3.0 billion[7] | $3.1 million[8] |
| **Size of expenditure relative to Medytox** | **2,882x** Medytox R&D Spend | **2,444x** Medytox R&D Spend | **1,357x** Medytox R&D Spend | **2,819x** Medytox R&D Spend | **4,067x** Medytox R&D Spend | **1,280x** Medytox R&D Spend | **1,000x** Medytox R&D Spend | N/A |

[1] Novartis 2015 Annual Report at p. 141, available at: https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2015-en.pdf

[2] Novartis 2014 Annual Report at p. 22, 130, available at: https://www.novartis.com/sites/www.novartis.com/files/novartis-annual-report-2014-en.pdf.

[3] Amgen, Inc. 2015 Annual Report at p. 38, available at: http://www.annualreports.com/HostedData/AnnualReportArchive/a/NASDAQ_AMGN_2015.PDF.

[4] Celltrion 2014 Annual Report at p. 5, 57, available at: https://www.celltrion.com/en/ir/post/detail.do?seq=50; Pfizer Inc. 2014 Annual Report at p. 18, available at: https://s21.q4cdn.com/317678438/files/doc_financials/Annual/2014/Annual_Review_2014.pdf.

[5] Samsung Biologics Co. Ltd. 2016 Annual Report at p. 23, available at: https://www.samsungbiologics.com/front/eng/investors/businessReport.do; Biogen 2016 Annual Report at p. 46, 58, available at: http://investors.biogen.com/sites/biogen.investorhq.businesswire.com/files/doc_library/file/Biogen_Annual_Report_2016_on_Form_10K.pdf; Merck 2016 Annual Report at p. 1, available at: http://investors.merck.com/financials/annual-reports-and-proxy/default.aspx; http://www.fiercepharma.com/pharma/samsung-merck-launch-remicade-biosim-at-35-discount.

[6] Amgen, Inc. 2016 Annual Report at p. 43, 45, available at: http://investors.amgen.com/phoenix.zhtml?c=61656&p=irol-reportsannual.

[7] Boehringer Ingelheim Pharmaceuticals, Inc. 2016 Annual Report at p.12, 22, available at: http://annualreport.boehringer-ingelheim.com/fileadmin/pdf/bi_annual_report_2016_en_gesamt.pdf

[8] Medytox 2012 Annual Report-December 6, 2012, pp. 6, 44.

# APPENDIX D.3
## Medytox, Inc. 2012-2014 Annual
## Research & Development Expenses

| Currency | 2012 Medytox Annual R&D Expenses[1] | 2013 Medytox Annual R&D Expenses[2] | 2014 Medytox Annual R&D Expenses[3] |
|---|---|---|---|
| KRW | ₩ 3.53 billion Won | ₩ 3.67 billion Won | ₩ 3.55 billion Won |
| USD | $3.14 million USD | $3.37 million USD | $3.38 million USD |

[1] Medytox 2012 Annual Report, at 33 at paragraph (3); OANDA Corporation, Average Exchange Rates, available at https://www.oanda.com/currency/average (the annual average forex conversion rate for calendar 2012 was used to convert from Korean Won to USD).

[2] Medytox 2013 Annual Report, at 37 at paragraph (3); OANDA Corporation, Average Exchange Rates, available at https://www.oanda.com/currency/average (the annual average forex conversion rate for calendar 2013 was used to convert from Korean Won to USD).

[3] Medytox 2014 Annual Report, at 34 at paragraph (3); OANDA Corporation, Average Exchange Rates, available at https://www.oanda.com/currency/average (the annual average forex conversion rate for calendar 2014 was used to convert from Korean Won to USD).

# APPENDIX E
## Korean Government Funding to Medytox[1]

| Korean Government Funding to Medytox (2008-2013) | Korean Government Funding to Medytox (2008-2013) | Average Annual Korean Government Funding to Medytox (2008-2013) |
|---|---|---|
| ₩ 4.60 billion Won | $ 4.01 million USD | $ 800,200 USD |

---

[1]MOTIE Press Release, "*Largest exportation transaction of biomedical technology (USD 360 million) – Approval to export 'next generation botulinum toxin manufacturing technology*,'" (January 7, 2014) (MOTIE press release, dated January 7, 2014, stating that MT10109L product received Korean "[g]overnment funding of KRW 4.6 billion from the MOTIE Original Technology Development Project [from] Oct. 2008 – Sept. 2013."); OANDA Corporation, Average Exchange Rates, *available at* https://www.oanda.com/currency/average (annual average forex conversion rate calculated for each year from October 2008 through September 2013; dividing that by the number of years Medytox received Korean government funding (five), shows that the average amount of Korean government funding that Medytox received each year from 2008 through 2013 is less $ 1 million USD annually).

## APPENDIX F

# Time Required for U.S. FDA Approval and Commercial Launch of Neurotoxins[8]

| | Company | Product | Years in Development |
|---|---|---|---|
| 1 | Ipsen | Dysport | **19 years**[1] |
| 2 | Merz | Xeomin | **11+ years**[2] |
| 3 | Johnson & Johnson | PurTox | **11 years**[3] – Abandoned |
| 4 | Alphaeon-Daewoong | Evosyal | **8+ years**[4] – Not yet approved |
| 5 | ██████████████████████████████████████████ | | |
| 6 | ██████████████████████████████████████████ | | |
| 7 | ██████████████████████████████████████████ | | |

**U.S. FDA approval of neurotoxins requires more than <u>10 years</u> from early product development.**

---

[1] From registration in UK.  Robbins Decl. Appx. A.2.

[2] From Phase I initiation.  Robbins Decl. Appx. A.4.

[3] From licensing.  Johnson & Johnson abandoned development in April 2014.  Robbins Decl. Appx. A.5.

[4] From initial development.  Robbins Decl. Appx. A.3.



[8] All times are approximate.

# APPENDIX G

## Medytox. Inc. 2012-2013 Revenue

| Currency | 2012 Medytox, Inc. Revenue[1] | 2013 Medytox, Inc. Revenue[2] |
|:---:|:---:|:---:|
| KRW | ₩ 36.3 billion Won | ₩ 34.1 billion Won |
| USD | $ 32.3 million USD | $ 31.3 million USD |

---

[1] Medytox 2012 Annual Report, at 6 ("Sales"); OANDA Corporation, Average Exchange Rates, *available at* https://www.oanda.com/currency/average (annual average forex conversion rate for 2012 was used to convert from Korean Won to USD).

[2] Medytox 2013 Annual Report, at 6 ("Sales"); OANDA Corporation, Average Exchange Rates, *available at* https://www.oanda.com/currency/average (annual average forex conversion rate for 2013 was used to convert from Korean Won to USD).