Roy A. Katriel (SBN 265463)
THE KATRIEL LAW FIRM
4225 Executive Square, Suite 600
La Jolla, California 92037
Telephone: (858) 242-5642
Facsimile: (858) 430-3719
e-mail: rak@katriellaw.com

Ralph B. Kalfayan (SBN 133464)
KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP
550 West C Street, Suite 530
San Diego, California 92101
Telephone: (619) 232-0331
Facsimile: (619) 232-4019
e-mail: ralph@kkbs-law.com
        lbrennan@kkbs-law.com

*Counsel for Plaintiffs*

BRYAN A. MERRYMAN (SBN 134357)
bmerryman@whitecase.com
WHITE & CASE LLP
555 S. Flower Street, Suite 2700
Los Angeles, CA  90071-2433
Telephone:  (213) 620-7700
Facsimile:  (213) 452-2329

J. MARK GIDLEY (pro hac vice)
mgidley@whitecase.com
WHITE & CASE LLP
701 13th Street NW
Washington, DC  20005
Telephone:  (202) 626-3600
Facsimile:  (202) 639-9355

JACK E. PACE III (*pro hac vice*)
jpace@whitecase.com
WHITE & CASE LLP
1221 Avenue of the Americas
New York, NY  10020
Telephone:  (212) 819-8200
Facsimile:  (212) 354-8113

*Counsel for Defendant Allergan, Inc.*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY, AND HAMID A. TOWHIDIAN, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>Defendant. | **CASE NO. 15-cv-00307-JLS (JCGx)**<br><br>**PARTIES' JOINT NOTICE OF AGREEMENT IN PRINCIPLE TO SETTLE THE ACTION**<br><br>Judge: Hon. Josephine L. Staton<br>Courtroom: 10A<br>Complaint Served: March 2, 2015<br>Trial Date: July 17, 2018 |

1  The parties to the above-entitled action, through their respective counsel,
2  jointly file this Notice to inform the Court that they have reached an agreement in
3  principle to settle all claims in this action on a classwide basis.  The parties are in
4  the process of drafting a formal Settlement Agreement, and expect that the
5  approval papers required by Federal Rule of Civil Procedure 23 will be filed
6  shortly thereafter.

Dated:  December 6, 2017          Respectfully submitted,

THE KATRIEL LAW FIRM
   Roy A. Katriel


By     /s/ Roy A. Katriel
   Roy A. Katriel
   Attorneys for Plaintiff
   ADEL TAWFILIS, DDS d/b/a
   CARMEL VALLEY CENTER FOR
   ORAL AND MAXILLOFACIAL
   SURGERY

Dated:  December 6, 2017          Respectfully submitted,


WHITE & CASE, LLP
   Jack Pace III (*pro hac vice*)


By     /s/ Jack Pace III
   Jack Pace III (*pro hac vice*)
   Attorneys for Defendant
   ALLERGAN, INC.

## SIGNATURE CERTIFICATION

Pursuant to Rule 5-4.3.4 (a)(2) of the United States District Court for the Central District of California Local Rules, I hereby certify that the content of this document is acceptable to Jack Pace III, counsel for DEFENDANT ALLERGAN, INC., and that I have obtained Mr. Pace's authorization to affix his electronic signature to this document.

Dated: December 6, 2017

Respectfully submitted,

THE KATRIEL LAW FIRM
   Roy A. Katriel

By   /s/ Roy A. Katriel
Roy A. Katriel
Attorneys for Plaintiff
ADEL TAWFILIS, DDS d/b/a
CARMEL VALLEY CENTER FOR
ORAL AND MAXILLOFACIAL
SURGERY