Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM**
4660 La Jolla Village Drive, Suite 200
La Jolla, CA 92122
Tel:   (858) 546-4435
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com

Ralph B. Kalfayan (SBN 133464)
**KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP**
550 West C Street, Suite 530
San Diego, California 92101
Telephone:  619-232-0331
Facsimile:  619-232-4019
Email: ralph@kkbs-law.com

*Class Counsel*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY and HAMID A. TOWHIDIAN, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>ALLERGAN, INC.,<br><br>Defendant. | CASE NO.  8:15-CV-307-JLS (JCGx)<br><br>**AMENDED NOTICE OF PLAINTIFFS' UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF CLASSWIDE SETTLEMENT**<br><br>**Judge: Hon. Josephine L. Staton<br>Courtroom: 10A<br>Hearing Date: March 9, 2018<br>Hearing Time: 2:30 pm** |

Plaintiffs Adel Tawfilis, D.D.S. d/b/a Carmel Valley Center for Oral and Maxillofacial Surgery and Hamid A. Towhidian, M.D. (collectively "Plaintiffs") file this Amended Notice of Motion to clarify that the noticed hearing date for Plaintiffs' Unopposed Motion For Preliminary Approval Of Classwide Settlement is March 9, 2018 at 2:30 pm.  Plaintiffs filed their unopposed motion on February 9, 2018, and correctly identified the hearing date in the caption page of the filed document and in the docketed ECF filing as March 9, 2018.  Nevertheless, the first page of the text of the filed Notice of Motion mistakenly references a March 2, 2018 hearing date.  To clarify any ambiguity or possible confusion, Plaintiffs hereby file this Amended Notice confirming March 9, 2018 as the noticed hearing date.

DATED:  February 15, 2018

Respectfully Submitted,

 /s/ Roy A. Katriel
Roy A. Katriel (SBN 265463)
**THE KATRIEL LAW FIRM**
4660 La Jolla Village Drive, Suite 200
San Diego, CA 92122
Tel:   (858) 546-4435
Fax:   (858) 430-3719
E-mail: rak@katriellaw.com

**KRAUSE, KALFAYAN, BENINK & SLAVENS, LLP**
550 West C Street, Suite 530
San Diego, California 92101
Telephone:  (619) 232-0331
Facsimile:   (619) 232-4019
Email: ralph@kkbs-law.com

*Class Counsel*

---

*Tawfilis, et al., v. Allergan, Inc.*,
No. 8:15-cv-307-JLS

Amended Notice Of Plaintiffs' Unopposed Motion
For Preliminary Approval Of Classwide Settlement

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28