| | |
|---|---|
| 1 | BRYAN A. MERRYMAN (SBN 134357) |
| 2 | bmerryman@whitecase.com<br>WHITE & CASE LLP |
| 3 | 555 S. Flower Street, Suite 2700<br>Los Angeles, CA  90071-2433 |
| 4 | Telephone:  (213) 620-7700<br>Facsimile:  (213) 452-2329 |
| 5 | J. MARK GIDLEY (pro hac vice) |
| 6 | mgidley@whitecase.com<br>WHITE & CASE LLP |
| 7 | 701 13th Street NW<br>Washington, DC  20005 |
| 8 | Telephone:  (202) 626-3600<br>Facsimile:  (202) 639-9355 |
| 9 | JACK E. PACE III (pro hac vice) |
| 10 | jpace@whitecase.com<br>WHITE & CASE LLP |
| 11 | 1221 Avenue of the Americas<br>New York, NY  10020 |
| 12 | Telephone:  (212) 819-8200<br>Facsimile:  (212) 354-8113 |
| 13 | Attorneys for Defendant |
| 14 | ALLERGAN, INC. |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY, and HAMID A. TOWHIDIAN, M.D., individually and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>  v.<br><br>ALLERGAN, INC.,<br><br>        Defendant. | Case No. 8:15-cv-00307-JLS (JCGx)<br><br>**DEFENDANT'S NOTICE OF COMPLIANCE WITH 28 U.S.C. § 1715**<br><br>Judge:  Hon. Josephine L. Staton<br>Courtroom:  10A |

1  As documented in the accompanying Proof of Service by Amanda M.
2  Murphy (Exhibit 1), on February 16, 2018 Defendant Allergan, Inc. ("Allergan")
3  served notices of proposed settlement (*see, e.g.*, Exhibit 2) of the above-referenced
4  class action litigation in accordance with the Class Action Fairness Act of 2005, 28
5  U.S.C. § 1715, on the U.S. Attorney General and the Attorneys General of each of
6  the States, District of Columbia, and five U.S. territories.  These notices were
7  served within ten (10) days of the February 9, 2018 filing of Plaintiffs' Unopposed
8  Motion for Preliminary Approval of Settlement, as provided for in 28 U.S.C. §
9  1715(b).

11  Dated:  February 23, 2018            By:    */s/ Jack E. Pace III*
                                                 Jack E. Pace III

                                          Attorney for Defendant
                                          ALLERGAN, INC.