| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION**

| | |
|---|---|
| ADEL TAWFILIS, DDS d/b/a CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY, AND HAMID A. TOWHIDIAN, M.D., individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC.,<br><br>Defendant. | **CASE NO. 8:15-cv-00307-JLS (JCGx)**<br><br>**ORDER APPROVING REVISED FORMS OF CLASS ACTION SETTLEMENT NOTICE**<br><br>**Judge: Hon. Josephine L. Staton**<br>**Courtroom: 10A** |

On March 8, 2018, the Court granted Plaintiffs' Unopposed Motion for Preliminary Approval of the Class Action Settlement. (Prelim. Approval Order, Doc. 388.) However, the Court observed that certain modifications were required as to the content of the proposed class notices. (*Id.* at 15–16.) The Court ordered the parties to file revised notices within ten days of issuance of the Order, which Plaintiffs timely filed. Having reviewed and received the revised notices, the Court hereby approves the revised Long Form and Short Form Notices of Class Action Settlement that were lodged as Exhibits 1 and 2, respectively, to the Class Plaintiffs' Notice of Lodging Of Revised Forms of Class Action Settlement Notice. (Docs. 389-1, 389-2.) The Court hereby finds that the revised notice forms comply with the requirements of Federal Rule of Civil Procedure 23 and due process. Class Counsel shall cause these revised notice forms to be disseminated to the members of the Settlement Class as set forth in the Court's March 8, 2018 Order Granting Plaintiffs' Unopposed Motion For Preliminary Approval Of Class Action Settlement.

**IT IS SO ORDERED.**

Dated: March 22, 2018

_____
Hon. Josephine L. Staton,
United States District Judge