1

2

3

4

5

6

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA**

10

11 **ADEL TAWFILIS, D.D.S. D/B/A CARMEL VALLEY CENTER FOR ORAL AND MAXILLOFACIAL SURGERY AND HAMID A. TOWHIDIAN, M.D., On Behalf Of Themselves And All Others Similarly Situated,**

**Case No.  8:15-cv-00307-JLS-JCG**

12

13

14

**JUDGMENT**

15                   **Plaintiffs,**

**Judge: Hon. Josephine L. Staton**
**Courtroom: 10A, 10th Floor**

16          **vs.**

17 **ALLERGAN, INC.**

18               **Defendant.**

19

20

21

22

23

24

25

26

27

28

For the reasons set forth in the Order Granting Plaintiffs' Motion For Final Approval Of Class Settlement and Granting Plaintiffs' Motion For Attorneys' Fees, Costs, And Incentive Awards entered on August 27, 2018 [Dkt. No. 397], all claims against Defendant Allergan, Inc. are dismissed with prejudice as to the Class Representatives and as to all Class Members, except those Class Members identified in Exhibit C to Declaration of Rachel Christman Re: Notice And Settlement Administration [Dkt. No. 392-3] as having timely requested exclusion from the Class.  Except for the Class Members identified in Exhibit C to the Christman Declaration, each Class Member shall be deemed to have granted the Released Parties as defined in Section 11(a) of the Settlement Agreement a release of claims in accordance with Sections 11(a)-11(b) of the Settlement Agreement. The Clerk is directed to enter this Final Judgment pursuant to Federal Rule of Civil Procedure 54(a).

**IT IS SO ORDERED.**

Dated: September 10, 2018

_____
Hon. Josephine L. Staton,
United States District Judge

*Tawfilis et al. v. Allergan, Inc.,*
Case No.  8:15-cv-307-JLS

Judgment